DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
6 MARCH 2014

| 031P14 | State v. Rodney E. Jones | Def's *Pro Se* Motion for MAR Petition (COAP12-26) | Dismissed |
|---|---|---|---|
| 033P14 | North Carolina Farm Bureau Mutual Insurance Company, Inc. v. Wade H. Paschal, Jr., Guardian *ad Litem* for Harley Jessup; Reggie Jessup; Randall Collins Jessup; and Thurman Jessup | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-615) | Allowed |
| 037P14 | State v. Audra Lindsey Smathers | Def's PDR Under N.C.G.S. § 7A-31 (COA13-496) | Denied |
| 038A14 | State v. Joshua Andrew Stepp | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's Notice of Appeal Based Upon A Dissent | 1. Allowed **02/06/2014**<br><br>2. Allowed **02/26/2014**<br><br>3. --- |
| 039P14 | State v. Robert S. Chamberlain | Def's *Pro Se* Motion for NOA (COAP14-51) | Dismissed |
| 040P14 | Michael Antrantrino Lee v. State | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Cumberland County | Dismissed |
| 041A14 | State v. Gregory Elder | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **02/07/2014**<br><br>2. Allowed |